IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-MJ-1193-JG-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE GUADALUPE CORTEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the government's motion (D.E. 12) to correct the record and reopen detention proceedings, pursuant to 18 U.S.C. § 3142(f). Specifically, the government wishes to reopen the hearing to correct a portion of the testimony given by Thomas D. O'Connell, the Resident Agent in Charge for the Department of Homeland Security, Immigration and Customs Enforcement, Raleigh, North Carolina. Because the court relied in part on the testimony sought to be corrected in its order detaining defendant (D.E. 10 at 3), the motion is ALLOWED. The detention hearing in this case shall be reopened on Monday, 14 April 2014, at 10:00 a.m. in the Sixth Floor Courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

This, the 10th day of April 2014.

James E. Gates
United States Magistrate Judge